O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO S. GARCIA,<br><br>                              Petitioner,<br><br>        v.<br><br>S. PEERY, Warden,<br><br>                              Respondent. | Case No.  SACV-15-06273-JGB (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation were filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED:   October 26, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE