O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO S. GARCIA, | Case No.  CV-15-06273-JGB (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| S. PEERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   October 26, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE